*1 ⌐9*

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Georgia

### Augusta Division

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JAN 1 5 2025

**FILED**

JURY TRIAL DEMANDED
Universal Citation:
GA Code § 9-11-38 (2020)

Plaintiff:

Ms. Doretha Nichols

Case No.: 1:24-cv-00236-JRH-BKE

-VS-

Defendants:

Walmart Inc., Jim C. Walton, Alice L. Walton,
S. Robson Walton, John T. Walton
Estate Trust, Vanguard Group,
BlackRock, Doug McMillon, Greg Penner,
other Board Members and Major Shareholders.

## AMENDED COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
## (28 U.S.C. § 1332; Diversity of Citizenship)

Plaintiff, Ms. Doretha Nichols, by and through her undersigned counsel, hereby files this Amended Complaint for negligence against the Defendants, and in support thereof alleges as follows:

1

2 -19

Pro Se  AMENDED COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE  (28 U.S.C. § 1332; & Diversity of Citizenship)Case No.: 1:24-CV-00236-JRH-BKE

# I. Introduction

1. This is a complaint for negligence brought by the Plaintiff, Ms. Doretha Nichols, seeking compensation for injuries sustained as a result of the Defendants' failure to maintain a safe environment for customers.

# II. Jurisdiction and Venue

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (diversity of citizenship) because the parties are citizens of different states and the amount in controversy exceeds $75,000.

3. Plaintiff, Ms. Doretha Nichols, is a citizen of California, currently residing in California but spending significant time in Georgia.

4. Venue is proper in this Court under 28 U.S.C. § 1391(b)(2) as a substantial part of the events or omissions giving rise to the claim occurred in Augusta, Georgia.

# III. Parties

**Plaintiff:**

5. Ms. Doretha Nichols, residing in California.

**Defendants and Their Registered Agents:**

6. Walmart Inc.
   - Address: 702 S.W. 8th Street, Bentonville, AR 72716
   - Registered Agent: CT Corporation System
   - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

7. Jim C. Walton
   - Address: 702 S.W. 8th Street, Bentonville, AR 72716
   - Registered Agent: CT Corporation System
   - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

3 -19

8. Alice L. Walton
  - Address: 702 S.W. 8th Street, Bentonville, AR 72716
  - Registered Agent: CT Corporation System
  - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

9. S. Robson Walton
  - Address: 702 S.W. 8th Street, Bentonville, AR 72716
  - Registered Agent: CT Corporation System
  - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

10. John T. Walton Estate Trust
  - Address: 702 S.W. 8th Street, Bentonville, AR 72716
  - Registered Agent: CT Corporation System
  - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

11. Vanguard Group
  - Address: 100 Vanguard Blvd., Malvern, PA 19355
  - Registered Agent: CT Corporation System
  - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

12. BlackRock
  - Address: 55 East 52nd Street, New York, NY 10055
  - Registered Agent: CT Corporation System
  - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

13. Doug McMillon
  - Address: 702 S.W. 8th Street, Bentonville, AR 72716
  - Registered Agent: CT Corporation System
  - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

14. Greg Penner
  - Address: 702 S.W. 8th Street, Bentonville, AR 72716
  - Registered Agent: CT Corporation System

*4 – 19*

   - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

15. Other Board Members and Major Shareholders
   - Address: 702 S.W. 8th Street, Bentonville, AR 72716
   - Registered Agent: CT Corporation System
   - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

## IV. Facts

16. On December 18, 2023, at approximately 2:00 PM, Ms. Doretha Nichols was a customer at Walmart located in Augusta, Georgia.

17. At that time, a 3-gallon jug of water, weighing approximately 24 pounds, fell from a shelf positioned between 6 and 7 feet high.

18. Ms. Nichols, who is 5 feet 6 inches tall, was struck on the head by the falling jug, causing her to suffer injuries.

19. The incident caused Ms. Nichols significant embarrassment as she involuntarily urinated on herself due to the shock and pain.

20. Despite the visible distress and injuries sustained by Ms. Nichols, Walmart staff failed to provide immediate assistance or transportation for medical attention, exacerbating her suffering and emotional distress.

## V. Defendant's Involvement

21. Walmart Inc.:
   - Role: Owner and operator of the store where the incident occurred.
   - Responsibilities: Ensuring the premises are safe for customers, properly stocking shelves and securing items to prevent accidents, providing immediate assistance to injured customers, training staff to handle emergency situations appropriately.
   - Breach of Duty: Failing to secure the shelves and ensure items were safely placed, resulting in a hazardous condition that caused Ms. Nichols' injuries.

22. Jim C. Walton:
   - Role: Significant shareholder with influence over corporate governance.
   - Responsibilities: Ensuring the company adheres to safety regulations, overseeing the implementation of safety policies and procedures, ensuring proper management and staff training to maintain customer safety.

5 -19

  - Breach of Duty: Neglecting to ensure that adequate safety measures were in place and enforced.

23. Alice L. Walton:

  - Role: Significant shareholder with influence over corporate governance.

  - Responsibilities: Ensuring the company adheres to safety regulations, overseeing the implementation of safety policies and procedures, ensuring proper management and staff training to maintain customer safety.

  - Breach of Duty: Neglecting to ensure that adequate safety measures were in place and enforced.

24. S. Robson Walton:

  - Role: Significant shareholder with influence over corporate governance.

  - Responsibilities: Ensuring the company adheres to safety regulations, overseeing the implementation of safety policies and procedures, ensuring proper management and staff training to maintain customer safety.

  - Breach of Duty: Neglecting to ensure that adequate safety measures were in place and enforced.

25. John T. Walton Estate Trust:

  - Role: Trust holding significant shares with influence over corporate governance.

  - Responsibilities: Ensuring the company adheres to safety regulations, overseeing the implementation of safety policies and procedures, ensuring proper management and staff training to maintain customer safety.

  - Breach of Duty: Neglecting to ensure that adequate safety measures were in place and enforced.

26. Vanguard Group:

  - Role: Institutional investor with significant holdings in Walmart.

  - Responsibilities: Exercising shareholder influence to ensure the company maintains safe premises, overseeing that the company adheres to ethical and safety standards.

  - Breach of Duty: Failing to exercise influence to enforce safety standards and protocols.

27. BlackRock:

  - Role: Institutional investor with significant holdings in Walmart.

  - Responsibilities: Exercising shareholder influence to ensure the company maintains safe premises, overseeing that the company adheres to ethical and safety standards.

  - Breach of Duty: Failing to exercise influence to enforce safety standards and protocols.

6 -19

Pro Se  AMENDED COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE (28 U.S.C. § 1332; & Diversity of Citizenship)Case No.: 1:24-CV-00236-JRH-BKE

28. Doug McMillon:

   - Role: CEO and President of Walmart Inc.

   - Responsibilities: Oversight of overall company operations and safety policies, ensuring the implementation of adequate safety measures.

   - Breach of Duty: Failing to ensure safety policies were implemented and followed, leading to hazardous conditions.


29. Greg Penner:

   - Role: Chairman of the Board of Walmart Inc.

   - Responsibilities: Ensuring the board monitors adherence to safety regulations, overseeing proper safety checks and policies.

   - Breach of Duty: Neglecting to oversee and ensure the enforcement of safety regulations and policies.

30. Other Board Members and Major Shareholders:

   - Role: Involved in decision-making processes impacting operational safety standards.

   - Responsibilities: Addressing and mitigating safety risks, ensuring proper safety measures are in place.

   - Breach of Duty: Failing to address and mitigate safety risks adequately, leading to hazardous conditions.


## VI. Plaintiff's Damages

31. Initial Medical Assessment: Ms.Nichols sought medical attention at Piedmont Healthcare, where she was diagnosed with contusions. Medical records included as exhibits show these injuries.

32. Force and Impact: The estimated impact force was approximately 106.722 Newtons.

   - Calculation of Impact Force: The force was calculated using Newton's second law of motion:

   $$ F = m \cdot a $$

   where F is the force, m is the mass of the jug (24 pounds or approximately 10.89 kg), and a is the acceleration due to gravity (9.8 m/s²).

   $$ F = 10.89 \, \text{kg} \times 9.8 \, \text{m/s}^2 = 106.722 \, \text{N} $$


33. Present and Future Medical Costs: Ms. Nichols requires further examination and treatment for potential neck and back injuries, with estimated future costs between $20,000 and $45,000 per year.

34. Lost Wages: Due to the injuries, Ms. Nichols lost a job opportunity paying $30 per hour for a 40-hour work week, totaling $60,000 from December 18, 2023, to November 27, 2024.

35. Emotional Distress and Embarrassment: Compensation for the emotional distress and embarrassment

1-19

Pro Se  AMENDED COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE (28 U.S.C. § 1332; & Diversity of Citizenship)Case No.: 1:24-CV-00236-JRH-BKE

caused by the incident.

36. Psychological and Physical Injury Compensation: Compensation for psychological and physical injuries, including both past, present, and future suffering.

## VII. Prayer for Relief

WHEREFORE, Plaintiff, Ms. Doretha Nichols, respectfully prays for judgment against the Defendants, and each of them, as follows:

1. For general damages in an amount to be proven at trial.

2. For special damages, including medical expenses and lost wages, in an amount to be proven at trial.

3. For compensation for emotional distress and embarrassment in an amount to be proven at trial.

4. For costs of suit herein incurred.

5. For such other and further relief as the Court may deem just and proper.

## VI. Plaintiff's Damages (Continued)

31. Initial Medical Assessment: Ms. Nichols sought medical attention at Piedmont Healthcare, where she was diagnosed with contusions. Medical records included as exhibits show these injuries.

32. Force and Impact: The estimated impact force was approximately 106.722 Newtons.

   - Calculation of Impact Force: The force was calculated using Newton's second law of motion:

   $$ F = m \cdot a $$

   where F is the force, m is the mass of the jug (24 pounds or approximately 10.89 kg), and a is the acceleration due to gravity (9.8 m/s²).

   $$ F = 10.89 \, \text{kg} \times 9.8 \, \text{m/s}^2 = 106.722 \, \text{N} $$

33. Present and Future Medical Costs: Ms. Nichols requires further examination and treatment for potential neck and back injuries, with estimated future costs between $20,000 and $45,000 per year.

34. Lost Wages: Due to the injuries, Ms. Nichols lost a job opportunity paying $30 per hour for a 40-hour work week, totaling $60,000 from December 18, 2023, to November 27, 2024.

35. Emotional Distress and Embarrassment: Compensation for the emotional distress and embarrassment caused by the incident.

Pro Se  AMENDED COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE (28 U.S.C. § 1332; & Diversity of Citizenship)Case No.: 1:24-CV-00236-JRH-BKE

36. Psychological and Physical Injury Compensation: Compensation for psychological and physical injuries, including both past, present, and future suffering.

## VII. Prayer for Relief

WHEREFORE, Plaintiff, Ms. Doretha Nichols, respectfully prays for judgment against the Defendants, and each of them, as follows:

1. For general damages in an amount to be proven at trial.

2. For special damages, including medical expenses and lost wages, in an amount to be proven at trial.

3. For compensation for emotional distress and embarrassment in an amount to be proven at trial.

4. For costs of suit herein incurred.

5. For such other and further relief as the Court may deem just and proper.

## Unsworn Declaration Under Penalty of Perjury

"I declare, certify,and  verify, under penalty of perjury that the foregoing is true and correct. Executed in Augusta, Georgia within the United States on the _____ Day of _____The year of _____.

_____.

Plaintiff Signature: _____

_____

Plaintiff Print:

_____

Date: _____         Plaintiff's Address

*********************************************************************************

Federal Rule of Bankruptcy Procedure 1008: Verification of Petitions and Accompanying Papers All

petitions, lists, schedules, statements and amendments thereto shall be verified or contain an unsworn declaration as provided in 28 U.S.C. § 1746: Unsworn declarations under penalty of perjury Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the

9 ~19

Pro Se  AMENDED COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE (28 U.S.C. § 1332; & Diversity of Citizenship)Case No.: 1:24-CV-00236-JRH-BKE

following form: (

# UNITED STATES DISTRICT COURT
## For The
## Southern District of Georgia
## Augusta Division

JURY TRIAL DEMANDED

Universal Citation:

GA Code § 9-11-38 (2020)

Plaintiff:

Ms. Doretha Nichols

Case No.: 1:24-cv-00236-JRH-BKE

-VS-

Defendants:

Walmart Inc., Jim C. Walton, Alice L. Walton,

Robson Walton, John T. Walton

Estate Trust, Vanguard Group,

BlackRock, Doug McMillon, Greg Penner,

other Board Members and Major Shareholders.

## SUMMONS IN A CIVIL ACTION

To

1.  Walmart Inc.

- Address: 702 S.W. 8th Street, Bentonville, AR 72716

- Registered Agent: CT Corporation System

- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

9

*10 -19*

2.    Jim C. Walton
- Address: 702 S.W. 8th Street, Bentonville, AR 72716
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

3.   Alice L. Walton
- Address: 702 S.W. 8th Street, Bentonville, AR 72716
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

4.   S. Robson Walton
- Address: 702 S.W. 8th Street, Bentonville, AR 72716
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

5.   John T. Walton Estate Trust
 - Address: 702 S.W. 8th Street, Bentonville, AR 72716
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

6.   Vanguard Group
- Address: 100 Vanguard Blvd., Malvern, PA 19355
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

7.   BlackRock
- Address: 55 East 52nd Street, New York, NY 10055
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

11 –19

Pro Se  AMENDED COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE (28 U.S.C. § 1332; & Diversity of Citizenship)Case No.: 1:24-CV-00236-JRH-BKE

8.  Doug McMillon
- Address: 702 S.W. 8th Street, Bentonville, AR 72716
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046


9.  Greg Penner
- Address: 702 S.W. 8th Street, Bentonville, AR 72716
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046


10.  Other Board Members and Major Shareholders
- Address: 702 S.W. 8th Street, Bentonville, AR 72716
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046


YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff:

Ms. Doretha Nichols,
Po Box 941
Evans County, Georgia 30809


an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court Seal


Date:
_____

Clerk of Court Signature
_____


---

12-19

Pro Se   AMENDED COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE (28 U.S.C. § 1332; & Diversity of Citizenship)Case No.: 1:24-CV-00236-JRH-BKE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA

Plaintiff:

Ms. Doretha Nichols

Case No.: 1:24-cv-00236-JRH-BKE

VS

Defendants:

1.   Walmart Inc. 2. Jim C. Walton, 3. Alice L. Walton,
4.   Robson Walton, 5. John T. Walton Estate Trust,
6.   Vanguard Group, 7. BlackRock, 8. Doug McMillon,
9.   Greg Penner,
       et. other Board Members and Major Shareholders.

## AFFIDAVIT OF SERVICE

I, _____ , hereby certify that I am over the age of 18 years and not a party to this action. I served the summons and complaint in this action on:

Defendant's Name and Address:

1.   Walmart Inc.

   - Address: 702 S.W. 8th Street, Bentonville, AR 72716

   - Registered Agent: CT Corporation System

   - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

13—19

Pro Se  AMENDED COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE (28 U.S.C. § 1332; & Diversity of Citizenship)Case No.: 1:24-CV-00236-JRH-BKE

2.   Jim C. Walton

- Address: 702 S.W. 8th Street, Bentonville, AR 72716

- Registered Agent: CT Corporation System

- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

3.   Alice L. Walton

- Address: 702 S.W. 8th Street, Bentonville, AR 72716

- Registered Agent: CT Corporation System

- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

4.   Robson Walton

- Address: 702 S.W. 8th Street, Bentonville, AR 72716

- Registered Agent: CT Corporation System

- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

5.   John T. Walton Estate Trust

- Address: 702 S.W. 8th Street, Bentonville, AR 72716

- Registered Agent: CT Corporation System

- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

6.   Vanguard Group

- Address: 100 Vanguard Blvd., Malvern, PA 19355

- Registered Agent: CT Corporation System

- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

7.   BlackRock

- Address: 55 East 52nd Street, New York, NY 10055

- Registered Agent: CT Corporation System

- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

*15 - 19*

Pro Se  AMENDED COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE (28 U.S.C. § 1332; & Diversity of Citizenship)Case No.: 1:24-CV-00236-JRH-BKE

# IN THE UNITED STATES DISTRICT COURT

### For the

## Southern District of Georgia

## Augusta Division

Plaintiff:

Ms. Doretha Nichols

Case No.: 1:24-cv-00236-JRH-BKE

VS

Defendants:

1. Walmart Inc., 2. Jim C. Walton, 3.  Alice L. Walton,
4. Robson Walton, 5. John T. Walton Estate Trust,
6. Vanguard Group, 7. BlackRock, 8. Doug McMillon,
9. Greg Penner,

et. other Board Members and Major Shareholders.


## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of _____, 2024, I served a copy of the Summons and Complaint on the following defendants by delivering a true and correct copy thereof to the registered agent:

CT Corporation System

289 S Culver St

Lawrenceville, GA 30046


Signature:

Your Name :

Your Address:

City, State, ZIP Code:

18 –19

We urge you to review the enclosed documents and respond accordingly.

Ms. Doretha Nichols,

Po Box 941

Evans County, Georgia 30809

outfa@gmail.com

19-19

Pro Se   AMENDED COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE (28 U.S.C. § 1332; & Diversity of Citizenship)Case No.: 1:24-CV-00236-JRH-BKE

Lorette Nichols

Kat&harbor@gmail.Com

810 701378 1

P O Box 941

Evans, Ga 30809

IN THE UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

Plaintiff:

Ms. Doretha Nichols

Case No.: 1:24cv 000236-JRH-BKE

Defendants:

Walmart Inc., The Walton Family

 (Jim, Alice, and Rob Walton), Vanguard Group,

 BlackRock, State Street Corporation,

Geode Capital Management, LLC,

Morgan Stanley, Bank of America Corporation,

Norges Bank Investment Management, FMR, LLC,

and Price (T. Rowe) Associates Inc.


MOTION TO AMEND CLAIMS AND DEFENDANTS' ROLES WITH RESPONSIBILITY FOR THE INCIDENT


Plaintiff, Ms. Doretha Nichols, by and through her undersigned counsel, respectfully moves this Court to amend her claims and the roles of each defendant with their respective responsibilities for the incident, and states as follows:


1. Background:

- On December 18, 2023, Plaintiff was shopping at a Walmart store in Augusta, Georgia.

1

- A 3-gallon jug of water fell from a shelf positioned about 10 feet in the air, striking Plaintiff and causing severe injuries.

- Plaintiff experienced significant public embarrassment and emotional distress due to urinating on herself from the impact and receiving no immediate assistance from Walmart staff.


2. Amended Claims for Relief:

A. Immediate Medical Costs:

  - Emergency Room Visit: $1,000 - $2,000

  - Hospital Stay: $5,000 - $10,000

  - Diagnostic Tests (CT scans, MRIs): $1,000 - $3,000

  - Initial Treatments (pain relief, wound care): $500 - $1,500

  - Total Immediate Medical Costs: $7,500 - $16,500


B. Lost Wages:

  - Lost Wages (First Year): $62,400

  - Future Lost Earning Potential (Next 10 Years): $624,000


C. Out-of-Pocket Expenses:

  - First Year: $2,500 - $16,000

  - Reimbursement for 10 Years: $5,000 - $10,000


D. Loss of Property:

  - Furniture: $5,000 - $10,000

  - Other Personal Property: $3,000 - $5,000

  - Total Loss of Property: $8,000 - $15,000


2

E. Ongoing Medical Costs (Next 10 Years):

  - Physical Therapy: $6,000 - $18,000 per year

  - Chiropractic Care: $1,500 - $10,000 per year

  - Prescription Medications: $240 - $1,200 per year

  - Follow-up Doctor Visits: $1,200 - $4,800 per year

  - Chronic Pain Management: $5,000 - $15,000 per year

  - Specialized Medical Treatments: $5,000 - $10,000 per year

  - Rehabilitation: $5,000 - $20,000 per year

  - Total Ongoing Medical Costs for 10 Years: $249,400 - $790,000


F. Potential Surgical Costs:

  - Surgery for Back Injury: $15,000 - $50,000

  - Surgery for Head Injury: $10,000 - $30,000

  - Total Potential Surgical Costs: $25,000 - $80,000


G. Rehabilitation and Counseling:

  - $8,000 - $30,000 per year

  - Total for 10 Years: $80,000 - $300,000


H. Emotional Distress and Anxiety (Including Public Embarrassment):

  - $10,000 - $50,000 per year

  - Total for 10 Years: $100,000 - $500,000


I. Lack of Assistance (Additional Emotional Distress):

  - First Year: $10,000 - $20,000

3

3. Amended Total Estimated Claims (Over 10 Years):

  - Without Surgery: $1,173,800 - $2,433,900

  - With Surgery: $1,198,800 - $2,513,900


4. Allocation of Responsibility by Defendant:

  - Walmart Inc. (50%): $586,900 - $1,256,950

  - The Walton Family (10%): $117,380 - $251,390

  - Vanguard Group (5%): $58,690 - $125,695

  - BlackRock (5%): $58,690 - $125,695

  - State Street Corporation (5%): $58,690 - $125,695

  - Geode Capital Management, LLC (5%): $58,690 - $125,695

  - Morgan Stanley (5%): $58,690 - $125,695

  - Bank of America Corporation (5%): $58,690 - $125,695

  - Norges Bank Investment Management (5%): $58,690 - $125,695

  - FMR, LLC (5%): $58,690 - $125,695

  - Price (T. Rowe) Associates Inc. (5%): $58,690 - $125,695


5. Legal Basis for Claims:

  - O.C.G.A. § 51-1-6: Duty of care and liability for neglect.

  - O.C.G.A. § 51-1-8: Violation of a private duty.

  - O.C.G.A. § 51-12-2: General damages.

  - O.C.G.A. § 51-12-6: Mental pain and suffering.

  - O.C.G.A. § 51-12-7: Punitive damages.

  - O.C.G.A. § 51-12-4: Special damages.

 - O.C.G.A. § 51-3-1: Duties of property owners to invitees.


6. Similar Cases and Awards:

  - Hutcherson v. Progressive Corp., 986 F.2d 942 (5th Cir. 1993).

  - Casey v. Auto Owners Ins. Co., 729 F. Supp. 2d 1002 (S.D. Ga. 2010).

  - Johnston v. Jackson County, 203 Ga. App. 282 (1992).

Absolutely, I'll list each defendant and describe their roles and responsibilities in relation to the incident:


Defendants and Their Roles


 1. Walmart Inc.

- Role: Owner and operator of the store where the incident occurred.

- Responsibilities:

  - Ensuring the premises are safe for customers.

  - Properly stocking shelves and securing items to prevent accidents.

  - Providing immediate assistance to injured customers.

  - Training staff to handle emergency situations appropriately.


 2. The Walton Family (Jim, Alice, and Rob Walton)

- Role: Major shareholders with significant influence over Walmart's policies and practices.

- Responsibilities:

  - Ensuring the company adheres to safety regulations.

  - Overseeing the implementation of safety policies and procedures.

  - Ensuring proper management and staff training.

5

3. Vanguard Group

- Role: Institutional investor with significant holdings in Walmart.

- Responsibilities:

  - Exercising shareholder influence to ensure the company maintains safe premises.

  - Overseeing that the company adheres to ethical and safety standards.


4. BlackRock

- Role: Institutional investor with significant holdings in Walmart.

- Responsibilities:

  - Exercising shareholder influence to ensure the company maintains safe premises.

  - Overseeing that the company adheres to ethical and safety standards.


5. State Street Corporation

- Role: Institutional investor with significant holdings in Walmart.

- Responsibilities:

  - Exercising shareholder influence to ensure the company maintains safe premises.

  - Overseeing that the company adheres to ethical and safety standards.


6. Geode Capital Management, LLC

- Role: Institutional investor with significant holdings in Walmart.

- Responsibilities:

  - Exercising shareholder influence to ensure the company maintains safe premises.

  - Overseeing that the company adheres to ethical and safety standards.


7. Morgan Stanley

- Role: Financial services firm with significant holdings in Walmart.

- Responsibilities:

  - Exercising shareholder influence to ensure the company maintains safe premises.

  - Overseeing that the company adheres to ethical and safety standards.


 8. Bank of America Corporation

- Role: Financial services firm with significant holdings in Walmart.

- Responsibilities:

  - Exercising shareholder influence to ensure the company maintains safe premises.

  - Overseeing that the company adheres to ethical and safety standards.


 9. Norges Bank Investment Management

- Role: Institutional investor with significant holdings in Walmart.

- Responsibilities:

  - Exercising shareholder influence to ensure the company maintains safe premises.

  - Overseeing that the company adheres to ethical and safety standards.


 10. FMR, LLC

- Role: Institutional investor with significant holdings in Walmart.

- Responsibilities:

  - Exercising shareholder influence to ensure the company maintains safe premises.

  - Overseeing that the company adheres to ethical and safety standards.


 11. Price (T. Rowe) Associates Inc.

- Role: Institutional investor with significant holdings in Walmart.

- Responsibilities:

  - Exercising shareholder influence to ensure the company maintains safe premises.

  - Overseeing that the company adheres to ethical and safety standards.


 Allocation of Responsibility

Based on the roles and responsibilities, here's the allocation of responsibility for the incident:


- Walmart Inc. (50%): $586,900 - $1,256,950

- The Walton Family (10%): $117,380 - $251,390

- Vanguard Group (5%): $58,690 - $125,695

- BlackRock (5%): $58,690 - $125,695

- State Street Corporation (5%): $58,690 - $125,695

- Geode Capital Management, LLC (5%): $58,690 - $125,695

- Morgan Stanley (5%): $58,690 - $125,695

- Bank of America Corporation (5%): $58,690 - $125,695

- Norges Bank Investment Management (5%): $58,690 - $125,695

- FMR, LLC (5%): $58,690 - $125,695

- Price (T. Rowe) Associates Inc. (5%): $58,690 - $125,695


 Summary

The total estimated claims amount is:


- Without Surgery: $1,173,800 - $2,433,900

- With Surgery: $1,198,800 - $2,513,900


8

This breakdown details each defendant's role and the percentage of responsibility allocated to them based on their involvement and influence over Walmart's operations and safety standards.

!

WHEREFORE, Plaintiff respectfully requests that this Court grant the motion to amend the claims and the defendants' roles with their respective responsibilities for the incident as outlined above.

---

Respectfully submitted,

[Your Name]

[Your Law Firm] Pro-se

[Address] P. O Box 941

[City, State, ZIP Code] Evans, Ga 30809

[Phone Number] 310-701 3781

[Email Address] Kat8harbor@gmail.com

[Attorney for Plaintiff]

1/15/2025

---

Motion to Compel Discovery Dretha Nichols Case No.1:24-cv-00236-JRH-BKE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

Doretha Nichols,
Plaintiff

Case No.: 1:24-CV-00236-JRH-BKE

v.

Walmart Inc., et al.,
Defendants.

## MOTION TO COMPEL DISCOVERY

### Jurisdiction and Authority

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because the amount in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between the parties. This motion is made pursuant to Rule 37 of the Federal Rules of Civil Procedure.

### Introduction

Plaintiff, Doretha Nichols, hereby moves this Honorable Court for an order compelling the defendants, Walmart Inc., et al., to produce documents and information requested during the discovery process. Despite repeated requests, the defendants have failed to provide the necessary information critical to the preparation and presentation of the plaintiff's case.

### Background

1. On January___, 2025, the plaintiff served the defendants with a request for the production of documents and information related to the incident on December 18, 2023, at the Augusta, Georgia Walmart location.
2. The requested documents included, but were not limited to:
   - Surveillance video capturing the incident
   - Incident reports for the past five years
3. Despite multiple follow-up requests, the defendants have not provided the requested documents, thereby hindering the plaintiff's ability to proceed with her case.

Legal Standard

Under Rule 37 of the Federal Rules of Civil Procedure, a party may move for an order compelling disclosure or discovery when another party fails to respond to a discovery request. The rule ensures that parties have access to the information necessary for the fair adjudication of their claims.

If a party fails to comply with a court order compelling discovery, the court may impose sanctions, including:
1. Contempt of court
2. Payment of reasonable expenses incurred by the other party, including attorney's fees
3. Other sanctions deemed appropriate by the court, such as striking pleadings, staying proceedings, or dismissing the action

Argument

The requested documents are directly relevant to the plaintiff's claims of negligence and the resulting injuries. The surveillance video and incident reports are essential to establishing the facts of the case, demonstrating the defendants' breach of duty, and supporting the plaintiff's claims for damages.

Relief Requested

WHEREFORE, the plaintiff respectfully requests that this Honorable Court enter an order:
1. Compelling the defendants to produce the requested documents within ten (10) days of the Court's order.
2. Awarding the plaintiff reasonable attorney's fees and costs incurred in bringing this motion.
3. Imposing appropriate sanctions on the defendants if they fail to comply with the Court's order, including contempt of court, payment of expenses, and other sanctions as deemed appropriate.
4. Granting such other and further relief as the Court deems just and proper.

Declaration of Penalty of Perjury

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Signature: _____

Dated: January 15, 2025

Doretha Nichols
P.O. Box 941
Evans, GA 30809  Pro Se Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

Plaintiff:
Doretha Nichols

                                    Case No.: 1:24-cv-00236-JRH-BKE

VS

Defendants:
 Walmart Inc., et al.

# INTERROGATORIES TO DEFENDANT

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the Plaintiff, Doretha Nichols, requests that the Defendant, Walmart Inc., answer the following interrogatories under oath:

1. State your full name, address, and employment position.

_____
_____
_____

2. Describe your role and responsibilities in relation to the events described in the complaint.

_____
_____
_____

3. Provide the names and contact information of all employees responsible for stocking and maintaining the shelves at the Augusta, Georgia location on December 18, 2023.

_____
_____
_____

4. Describe the training provided to employees regarding shelf stocking and maintenance procedures.

_____

_____
_____

5. Detail any previous incidents involving items falling from shelves and causing injury at the Augusta, Georgia location within the past five years.

_____
_____
_____

6. Explain the policies and procedures in place for responding to and documenting incidents involving customer injuries at Walmart Inc. stores.

_____
_____
_____

7. Provide a description of any maintenance or repairs performed on the shelves where the incident occurred within the six months preceding December 18, 2023.

_____
_____
_____

8. State whether there were any video surveillance cameras capturing the aisle where the incident occurred on December 18, 2023, and if so, provide the footage.

_____
_____
_____

9. Identify all individuals who were present in the aisle where the incident occurred at the time of the accident.

_____
_____
_____

10. Describe any measures taken by Walmart Inc. to prevent similar incidents from occurring in the future.

Dated: January 12, 2025

11, Identify each document you intend to produce at trial of this matter, stating for each the date of the document what it purports to be and relevance to the claims or defenses in this matter?

Signature _Doretha Nichols_
Doretha Nichols
Po Box 941
Evans County
Georgia ,30809

CASE NO.: 1:24-CV-00236-JRH-BKE SERVERS CERTIFICATE OF SERVICE.                    PAGE 1 Of 3

## THE UNITED STATES DISTRICT COURT
### For the
### Southern District of Georgia
### Augusta Division

Ms. Doretha Nichols
Plaintiff:


                                                    Case No.: 1:24-CV-00236-JRH-BKE

VS


1. Walmart Inc.,
2. Jim C. Walton,
3. Alice L. Walton,
4. Robson Walton,
5. John T. Walton Estate Trust,
6. Vanguard Group,
7. BlackRock,
8. Doug McMillon,
9. Greg Penner,
et. other Board Members
and Major Shareholders.


# CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of _____, 2025, I served a copy of the Summons and
Complaint on the following defendants by delivering a true and correct copy thereof to the
registered agent:

CT Corporation System
289 S Culver St
Lawrenceville, GA 30046

SERVER SIGNATURE:
PRINT NAME:
ADDRESS:
CITY, STATE, ZIP CODE:

# UNITED STATES DISTRICT COURT
## For The
Southern District Court Georgia
### Atlanta Georgia

# FORMAL LETTER

Letter to:

Walmart Inc.
  - Address: 702 S.W. 8th Street, Bentonville, AR 72716
  - Registered Agent: CT Corporation System
  - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Jim C. Walton
  - Address: 702 S.W. 8th Street, Bentonville, AR 72716
  - Registered Agent: CT Corporation System
  - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Alice L. Walton
  - Address: 702 S.W. 8th Street, Bentonville, AR 72716
  - Registered Agent: CT Corporation System
  - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Robson Walton
  - Address: 702 S.W. 8th Street, Bentonville, AR 72716
  - Registered Agent: CT Corporation System
  - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

John T. Walton Estate Trust
  - Address: 702 S.W. 8th Street, Bentonville, AR 72716
  - Registered Agent: CT Corporation System
  - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Vanguard Group
  - Address: 100 Vanguard Blvd., Malvern, PA 19355

   - Registered Agent: CT Corporation System
   - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

BlackRock
   - Address: 55 East 52nd Street, New York, NY 10055
   - Registered Agent: CT Corporation System
   - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Doug McMillon
   - Address: 702 S.W. 8th Street, Bentonville, AR 72716
   - Registered Agent: CT Corporation System
   - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Greg Penner
   - Address: 702 S.W. 8th Street, Bentonville, AR 72716
   - Registered Agent: CT Corporation System
   - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Other Board Members and Major Shareholders
   - Address: 702 S.W. 8th Street, Bentonville, AR 72716
   - Registered Agent: CT Corporation System
   - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Dear Defendants:
Walmart Inc., 2. Jim C. Walton, 3. Alice L. Walton,
Robson Walton, 5. John T. Walton Estate Trust, 6. Vanguard Group,
BlackRock, 8. Doug McMillon, 9. Greg Penner,
Et. other Board Members and Major Shareholders.

This letter is to inform you that a lawsuit has been filed against you in the United States District Court for the Southern District of Georgia. The complaint alleges that you and other parties named in the suit have failed to maintain a safe environment for customers, resulting in injuries sustained by the plaintiff, Ms. Doretha Nichols.

As representatives and influential figures of Walmart Inc., it is your responsibility to ensure that the company's operations prioritize the safety and well-being of all customers. The negligence displayed in this incident highlights a concerning disregard for these obligations.

We urge you to review the enclosed documents and respond accordingly.

Ms. Doretha Nichols,
Po Box 941
Evans, Georgia 30809
kat8harbor@gmail.com

IN THE UNITED STATES DISTRICT COURT
For the
Southern District of Georgia
Augusta Division

Plaintiff:
Ms. Doretha Nichols
Case No.: 1:24-cv-00236-JRH-BKE

VS

Defendants:
Walmart Inc., 2. Jim C. Walton, 3. Alice L. Walton,
Robson Walton, 5. John T. Walton Estate Trust,
Vanguard Group, 7. BlackRock, 8. Doug McMillon,
Greg Penner,
et. other Board Members and Major Shareholders.

CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of _____, 2025, I served a copy of the Summons
and Complaint on the following defendants by delivering a true and correct copy
thereof to the   registered agent:

CT Corporation System
289 S Culver St
Lawrenceville, GA 30046

Signature:
Your Name :
Your Address:
City, State, ZIP Code:

Letter to:
Walmart Inc.
  - Address: 702 S.W. 8th Street, Bentonville, AR 72716
  - Registered Agent: CT Corporation System
  - Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Jim C. Walton
  - Address: 702 S.W. 8th Street, Bentonville, AR 72716

- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Alice L. Walton
- Address: 702 S.W. 8th Street, Bentonville, AR 72716
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Robson Walton
- Address: 702 S.W. 8th Street, Bentonville, AR 72716
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

John T. Walton Estate Trust
- Address: 702 S.W. 8th Street, Bentonville, AR 72716
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Vanguard Group
- Address: 100 Vanguard Blvd., Malvern, PA 19355
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

BlackRock
- Address: 55 East 52nd Street, New York, NY 10055
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Doug McMillon
- Address: 702 S.W. 8th Street, Bentonville, AR 72716
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Greg Penner
- Address: 702 S.W. 8th Street, Bentonville, AR 72716
- Registered Agent: CT Corporation System
- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Other Board Members and Major Shareholders
- Address: 702 S.W. 8th Street, Bentonville, AR 72716
- Registered Agent: CT Corporation System

- Registered Agent Address: 289 S Culver St, Lawrenceville, GA 30046

Dear Defendants:
Walmart Inc., 2. Jim C. Walton, 3. Alice L. Walton,
 Robson Walton, 5. John T. Walton Estate Trust, 6. Vanguard Group,
BlackRock, 8. Doug McMillon, 9.  Greg Penner,
Et. other Board Members and Major Shareholders.

This letter is to inform you that a lawsuit has been filed against you in the United States
District Court for the Southern District of Georgia. The complaint alleges that you and
other parties
named in the suit have failed to maintain a safe environment for customers, resulting in
injuries sustained by the plaintiff, Ms. Doretha Nichols.

As representatives and influential figures of Walmart Inc., it is your responsibility to ensure
that the company's operations prioritize the safety and well-being of all customers. The
negligence   displayed in this incident highlights a concerning disregard for these
obligations.

We urge you to review the enclosed documents and respond accordingly.

Ms. Doretha Nichols,
Po Box 941
Evans, Georgia 30809

Doretha Nichols

P.O. Box 941

Evans GA.30809

Fox News

FOX News Network, LLC

New York, NY 10001

Attn: publisher

Dear Editor :

I am writing to bring to your attention a deeply concerning incident involving myself, Doretha Nichols, the Plaintiff in this case, who experienced a traumatic accident at a Walmart store. This incident, which occurred on December 18, 2023, has had devastating consequences on my health, finances, and overall well-being.

On the day of the incident, I was shopping at the Walmart located at store 1293 in Augusta  GA. 30808 I was struck on the head by a Deer Park 3-gallon jug of water that fell from a height of approximately 7 feet due to improper shelving practices by Walmart employees. The force of the impact caused significant injuries, including contusions and abrasions on my face and head. Witnesses at the scene reported that I was left disoriented and in visible pain.

At the time of the incident, I was due for employment driving for over $30 per hour as a driver, working 40 hours a week. The injuries I sustained have left me with chronic pain and stiffness in my neck and back, rendering me unable to continue my job. Despite the severity of the incident, Walmart has not offered any compensation or assistance.

The impact of losing my job has compounded my difficulties, causing me to lose essential items such as furniture and health insurance. My medical expenses have been mounting, including costs for visits to specialists, physical therapy, and medication for pain management. I have been forced to deplete my savings and rely on the support of friends and family to cover these expenses.

The incident was particularly humiliating and distressing, as it occurred around Christmas time, a period that is meant to be joyous and celebratory. Adding to my distress, Walmart staff did not offer any immediate help or support. I was left to fend for myself, despite being visibly injured and in need of assistance.

I have been struggling to cover my medical expenses, which include visits to specialists, physical therapy, and medication for pain management. The financial burden has forced me to deplete my savings and rely on the support of friends and family. The emotional toll of the incident has also been significant, leading to anxiety and depression.

Given the gravity of this situation, I am seeking relief and accountability from Walmart. I believe that bringing this matter to public attention through your esteemed media outlet will not only highlight the negligence and lack of support provided by Walmart but also help garner the support and justice I deserve.

Attached, please find documentation related to the incident and the legal actions being pursued. I kindly request your assistance in bringing this story to light and holding Walmart accountable for their actions.

Thank you for your time and consideration. I am available for any further information or interviews you may require.

Sincerely,

Deretha Nichols

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2025