United States District Court

Southern District of Georgia

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FEB 27 2025

FILED

Augusta Division

Doretha Nichols

Plaintiff

Vs

case no CV124-236

Walmart, Inc. et..al

Defendants

Motion to Disqualify Defense Attorney and Entire Law Firm.

To the Honorable Judge Brian K Epps,

Pursuant to the Federal Rule of Civil Procedure. 60(b)(6) , FRCP 26(c) and/ or Local Rule 83.4, I respectfully move this court to disqualify Defense Attorney Rakhi Dalal McNeill and the Entire Law Firm of Waldon, Adelman, Castilla, McNamara & Prout, LLP

**Grounds for Disqualification:**

1. Defense Attorney Rakhi Dalal McNeill, if not a member of the Southern District Court Bar and therefore required sponsorship to appear in this case. (However, according to the State Bar of Georgia

she was in good standing, if an attorney is already a member of the State Bar of Georgia in good standing, they would not need to appear. Pro Hac Vice in a federal District Court in Georgia)

2. The sponsor, Attorney Carolyn L Lee. Had a prior relationship with the Plaintiff, having represented the Defendants in a previous case and the record reflects there was no formal notification to the Plaintiff, she would be representing the Defendants in this current case. I, the Plaintiff Doretha Nichols, do object and who authorized this action.

3. The prior relationship creates a. Conflict of interest and an appearance of impropriety, as Defense Attorney Rakhi Dalal McNeill is now representing. Walmart Inc. et.al in a case against the Plaintiff, Doretha Nichols.

4. The conflict of interest and appearance of impropriety are further exacerbated by the Law Firm, Waldon Adelman, Castilla, McNamara & Prout involvement, as Defense Attorney Rakhi Dalal McNeill, is a member of the Law Firm.

5. Collaboration With previous counsel, potential motivation to revive a previously dismissed claim: by appearing Pro Hac vice, the attorney might be trying to revive a previously dismiss claim or avoid the consequences of a prior ruling.

6. Lack of Disclosures: The previous attorney did not notify me that she would be working on the current case, which is a violation of the disclosure agreement.

7. This action undermines the integrity of the legal process.

**Arguments:**

The Court has a duty to ensure that justice is served and that all parties receive a fair and impartial trial as the hearing transcript states, dated 02/13/2025 10:00 am with Judge Brian K Epps, Defense Counsel was Making an offer to settle. The Judge acknowledges Defense Counsel, do I hear you making an offer of $75,000 and he replied the offer would have to come back through me and I will reject the offer because I does not feel she should be paid the offer given. I reminded the judge that Walmart Inc accepted the liability for my personal injuries and said they would take care of my medical care, follow-up and expense that's why we are here today I continue by saying Walmart Inc reneged on paying for my medical care and expenses for my personal injuries and follow up care I am in pain and suffering on a continuous basis my entire lifestyle has changed. I am living out of my car. It is the Court's duty to ensure justice is served and that all parties receive a fair and impartial trial or hearing. However, the transcript of that day's hearing speak for itself.

The conflict of interest and the appearance of impropriety created by the Defense Attorney Rakhi Dalal McNeill, sponsorship by the previous Attorney Carolyn L Lee, undermines this duty.

Furthermore, the Law Firm, Waldon, Adelman, Castilla, McNamara & Prout involvement in the case creates a risk that confidentiality information obtained during the previous representation of the Plaintiffs Doretha Nichols may be used to the advantage of the Defendants, Walmart Inc, et al.

Potential motivation to avoid proper protocol. This could be a motivation for appearance like Pro Hac Vice as it would allow. The current Defense Attorney to work with the previous counsel which would impact my case by reviving the previous claim . May be to use to their advantage.

**Supporting Authority:**
1.Fuentes v Shevin 407 U S 67 (1972), due process and fair notice

2.Goldberg v Kelly 397 U S 254 (1970), due process and fair notice

3.In re Howell, 244 Ga 643 (1979), disqualification due to conflicts of

   Interest in Georgia.

4.Local Rule 83.4, addresses disqualification of counsel

5. Federal Rule of Civil Procedure 26 (c) governs the protection of confidential information

6. In re Walmart Real Estate Business Trust,2009 WL 161968 (Bankr. D Del 2009): Prior representation of a Walmart affiliate in a related matter.

7. Walmart Stores, Inc. v Coughlin 131 S.W 3rd 499 (Mo Ct App 2004): created conflict of interest requiring the Attorney's disqualification in a subsequent case involving Walmart.

8.Wolfram v Rosenblum, 231 F 3d 1083 (8th Cir 2000): The court found that an attorney prior involvement in a related case created an appearance of impropriety, justifying disqualification.

Due to the Previous. Attorney. Carolyn L Lee. Representation of Walmart Inc. et al Defendants. I submit that a conflict of interest exists. Furthermore, the lack of formal disclosure that this. Previous attorney would be working with the current Defense Attorney Rakhi Dalal McNeill who filed a Pro Hac Vice application, and the record reflects her sponsorship was by the previous Attorney Carolyn L Lee. This compromised the integrity of these proceedings. I respectfully request that the court take the appropriate action, including the disqualification of defense counsel and their law firm, to ensure a fair and impartial trial.

**Relief Requested**:

1. Disqualify. Defense Attorney Rakhi Dalal McNeill, from representing Walmart Inc. et.al in this case.

2. Disqualify. Law Firm, Waldon, Adelman, Castilla, McNamara & Prout from representing. Walmart Inc. et.al in this case.

3. The fact that the opposing party has already accepted Liability for my personal injuries. This is the final request for relief negotiating the terms of the damages. Provide compensation for the harm incurred in my personal injuries claim.

4. Compensation for psychological and physical injury. As allowed by law. and Estimation. Using the per diem method.

5. Compensation for pain and suffering. As allowed by law.

6. Compensation for medical expenses incurred. For the initial diagnosis of the head and face. Contusions. Estimation.  As allowed by law.

7. Compensation for lost wages due to injury and resulting in the ability to work.

8. Compensation for future medical expenses for diagnosing and treatment of other side effects from personal injury.

9. Personal Hardship loans, legal services and the cost for legal document service and postage.

## Certificate of Service.

I hereby certify that a copy of this. Motion to Disqualify Defense Attorney Rakhi Dalal

McNeill and the Entire Law Firm, Waldon, Adelman, Castilla, McNamara & Prout.

Pursuant to Local Rule 83.4 has been served upon. The Defense Attorney & Entire Law

Firm.

Doretha Nichols

February 27, 2025.

The Plaintiff, Doretha Nichols, hereby verify the facts set forth in this Motion to

Disqualify Defense Attorney and the Entire Law Firm. Pursuant to Local Rule 83.4 is

true and accurate to the best of my knowledge and belief.

February 27, 2025.

Doretha Nichols

Attorney Rakhi Dalal McNeill                          Pro-Se

Waldon Adelman Castilla McNamara & Prout             P O Box 941

900 Circle 75 Parkway Suite 1040                      Evans,Ga 30809

Atlanta Georgia 30339

rmcneill@waldonadelman.com                           kat8harbor@gmail.com

770 953-1710                                         310 701-3781

# United States District Court

## *Southern District of Georgia*

Dorothea Nichols

_____

Plaintiff

v.

Walmart, Inc., Jim C. Walton,
Alice L. Walton, S. Robson          ⊞

_____

Defendant

Case No. _____ CV124-236 _____

Appearing on behalf of

Defendants

_____

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This __7th__ day of __February__ , __2025__ .

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

*****

NAME OF PETITIONER:        Rakhi Dalal McNeill

Business Address:          Waldon Adelman Castilla McNamara & Prout, LLP

_____
Firm/Business Name

900 Circle 75 Parkway

_____
Street Address

| Suite 1040 | Atlanta | GA | 30339 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 770-953-1710 | | 601029 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:        rmcneill@waldonadelman.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT of GEORGIA

OFFICE of the CLERK
P.O. Box 1130
AUGUSTA, GEORGIA   30903

(706)849-4400

John E. Triplett
Clerk of Court

## NOTICE of FILING DEFICIENCY

To:   Carolyn Louise Lee                          Date: 2/5/2025

Case:  1:24-cv-236                                Party:  Defendant - Walmart Inc.

Your Motion for Leave to Appear *Pro Hac Vice*, filed on behalf of , <u>Rakhi Dalal McNeill</u> ,

on <u>2/5/25</u>                  , is deficient in the area(s) checked below:

[ ☐ ] No actions required (Informative Only)        or        [ ☒ ] Corrective Actions Required

(NOTE: "L.R." refers to the Local Rules, Southern District of Georgia)

☐   1.  You did not include a Certificate of Good Standing demonstrating your membership in the bar of another federal district court.

☐   2.  You did not provide a list of all cases in which counsel has appeared before this court. If this is your first appearance, please provide that information.

☐   3.  You did not designate a member of this court's bar who shall stand as local counsel.

☐   4.  Pleading is not signed. (L.R. 11.1 and Administrative Procedures)

☐   5.  You did not submit the appropriate filing fee.

☒   6.  The Certificate of Good Standing must be within the last 3 months.

After 2 days a notice of noncompliance will be submitted to a judicial officer.

For more information - Please contact:  <u>s/ Claudette Robinson 912-280-1379</u>

Deputy Clerk

DO OP 13

JYTRL

## U.S. District Court
## Southern District of Georgia (Augusta)
## CIVIL DOCKET FOR CASE #: 1:24−cv−00236−JRH−BKE

Nichols v. Walmart Inc. et al
Assigned to: District Judge J. Randal Hall
Referred to: Magistrate Judge Brian K. Epps
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 12/18/2024
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Doretha Nichols**                                    represented by **Doretha Nichols**
                                                       P.O. Box 941
                                                       Evans, GA 30809
                                                       (310) 701−3781
                                                       PRO SE

V.

**Defendant**

**Walmart Inc.**                                       represented by **Rakhi Dalal McNeill**
                                                       Waldon Adelman Castilla Hiestand &
                                                       Prout
                                                       900 Circle 75 Parkway
                                                       Suite 1040
                                                       Atlanta, GA 30339
                                                       770−933−7030
                                                       Email: rmcneill@waldonadelman.com
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Carolyn Louise Lee**
                                                       Waldon Adelman Castilla Hiestand &
                                                       Prout
                                                       900 Circle 75 Parkway
                                                       Suite 1040
                                                       Atlanta, GA 30339
                                                       770−771−6654
                                                       Email: clee@waldonadelman.com
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Jim C. Walton**

**Defendant**

**Alice L. Walton**

**Defendant**

**S. Robson Walton**

**Defendant**

**John T. Walton Estate Trust**

**Defendant**

**Vanguard Group**

**Defendant**

**BlackRock**

<u>Defendant</u>

**Doug McMillon**

<u>Defendant</u>

**Greg Penner**

<u>Defendant</u>

**Other Board Members and Major
Shareholders**

<u>Defendant</u>

**Walton Family Estate**
*all of whom are involved in the corporate
governance of Walmart Inc.*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2024 | 1 | COMPLAINT against all Defendants, filed by Doretha Nichols. (jlh) (Entered: 12/19/2024) |
| 12/18/2024 | 2 | MOTION for Leave to Proceed in forma pauperis, by Doretha Nichols. Responses due by 1/2/2025. REFERRED to Judge Brian K. Epps. (jlh) (Entered: 12/19/2024) |
| 12/19/2024 | 3 | RULE 26(f) ORDER. Signed by Magistrate Judge Brian K. Epps on 12/19/2024. (Attachments: # 1 Civil Case Forms.) (jlh) (Entered: 12/19/2024) |
| 12/23/2024 | 4 | MOTION to Amend/Correct 1 Complaint, by Doretha Nichols. Responses due by 1/6/2025. REFERRED to Judge Brian K. Epps. (jlh) (Entered: 12/23/2024) |
| 12/27/2024 | 5 | MOTION for Recusal of Honorable Judge Randal Hall and Magistrate Judge Brian Epps, by Doretha Nichols. Responses due by 1/10/2025. (jlh) (Entered: 12/27/2024) |
| 12/31/2024 | 6 | CERTIFICATE OF SERVICE and Summons by Doretha Nichols, re 1 Complaint. (amd) (Entered: 12/31/2024) |
| 01/14/2025 | 7 | AFFIDAVIT by Doretha Nichols. (jrb) (Entered: 01/14/2025) |
| 01/14/2025 | 8 | MOTION to Amend claims by Doretha Nichols. Responses due by 1/28/2025. REFERRED to Judge Brian K. Epps.(jrb) (Entered: 01/14/2025) |
| 01/14/2025 | 9 | MOTION for Immediate order for Funds by Doretha Nichols. Responses due by 1/28/2025. REFERRED to Judge Brian K. Epps.(jrb) (Entered: 01/14/2025) |
| 01/14/2025 | 10 | STATEMENT of Jurisdiction by Doretha Nichols. (maa) (Entered: 01/14/2025) |
| 01/15/2025 | 11 | Jury Charge by Doretha Nichols. (maa) (Entered: 01/15/2025) |
| 01/15/2025 | 12 | MOTION to Inquire about Timeframe for Future Claims of Relief by Doretha Nichols. REFERRED to Judge Brian K. Epps.(maa) (Entered: 01/15/2025) |
| 01/15/2025 | 13 | MOTION to Request Required Information to Proceed Diligently by Doretha Nichols. REFERRED to Judge Brian K. Epps.(maa) (Entered: 01/15/2025) |
| 01/15/2025 | 14 | Voir Dire Questions by Doretha Nichols. (maa) (Entered: 01/15/2025) |
| 01/15/2025 | 15 | Voir Dire Questions by Doretha Nichols. (pts) (Entered: 01/15/2025) |
| 01/15/2025 | 16 | AMENDED COMPLAINT against all Defendants, filed by Doretha Nichols. (jlh) (Entered: 01/15/2025) |
| 01/21/2025 | 17 | MOTION to Amend 10 Statement of Jurisdiction by Doretha Nichols. REFERRED to Judge Brian K. Epps.(maa) (Entered: 01/21/2025) |

| | | |
|---|---|---|
| 01/21/2025 | 18 | MOTION to Compel Discovery by Doretha Nichols. REFERRED to Judge Brian K. Epps.(maa) (Entered: 01/21/2025) |
| 01/22/2025 | 19 | ORDER granting 2 Motion for Leave to Proceed in forma pauperis; finding as moot 4 Motion to Amend/Correct and 8 Motion to Amend/Correct; and denying 12 Motion to Inquire About Time frame for Future Claims for Relief. Plaintiff's 16 Amended Complaint is the operative pleading in this case. Plaintiff is ordered to appear on 2/13/2025 at 10:00 a.m., in Courtroom One, Federal Justice Center, 600 James Brown Boulevard, Augusta, Georgia 30901, and provide sufficient evidence that the jurisdictional amount is in controversy. Signed by Magistrate Judge Brian K. Epps on 1/22/2025. (amd) (Entered: 01/22/2025) |
| 01/22/2025 | | Set Hearings re 19 Order: Show Cause Hearing set for 2/13/2025 at 10:00 AM in Augusta − 1st Floor before Magistrate Judge Brian K. Epps. (amd) (Entered: 01/22/2025) |
| 01/24/2025 | 20 | RESPONSE TO ORDER in reference to 19 Order on Motion for Leave to Proceed in forma pauperis, Order on Motion to Amend/Correct, Order on Motion for Miscellaneous Relief, filed by Doretha Nichols. (pts) (Entered: 01/24/2025) |
| 01/24/2025 | 21 | Pre−Trial BRIEF by Doretha Nichols. (pts) (Entered: 01/24/2025) |
| 02/05/2025 | 22 | First MOTION for Leave to Appear Pro Hac Vice for attorney Rakhi D. McNeill Receipt Number AGASDC−3992610, Fee Amount $200, by Walmart Inc.. Responses due by 2/19/2025. (Lee, Carolyn) (Entered: 02/05/2025) |
| 02/05/2025 | 23 | NOTICE of Filing re 22 First MOTION for Leave to Appear Pro Hac Vice for attorney Rakhi D. McNeill. After 2 days a notice of noncompliance will be submitted to a judicial officer. Compliance due by 2/7/2025. (thb) (Entered: 02/05/2025) |
| 02/05/2025 | 24 | NOTICE of Filing by Walmart Inc. re 22 First MOTION for Leave to Appear Pro Hac Vice for attorney Rakhi D. McNeill Receipt Number AGASDC−3992610, Fee Amount $200, (Attachments: # 1 Certificate of Good Standing, # 2 List of Cases)(Lee, Carolyn) (Entered: 02/05/2025) |
| 02/05/2025 | 25 | NOTICE of Filing Deficiency re: 22 First MOTION for Leave to Appear Pro Hac Vice for attorney Rakhi D. McNeill. After 2 days a notice of noncompliance will be submitted to a judicial officer. Compliance due by 2/7/2025. (csr) (Entered: 02/05/2025) |
| 02/06/2025 | 26 | NOTICE of Filing by Walmart Inc. re 22 First MOTION for Leave to Appear Pro Hac Vice for attorney Rakhi D. McNeill Receipt Number AGASDC−3992610, Fee Amount $200, Amended (Attachments: # 1 Exhibit List of Cases, # 2 Exhibit Certificate of Good Standing)(Lee, Carolyn) (Entered: 02/06/2025) |
| 02/06/2025 | | MOTIONS REFERRED to Magistrate Judge: 22 First MOTION for Leave to Appear Pro Hac Vice for attorney Rakhi D. McNeill Receipt Number AGASDC−3992610, Fee Amount $200. (kjm) (Entered: 02/06/2025) |
| 02/07/2025 | 27 | ORDER granting 22 Motion for Leave to Appear Pro Hac Vice as to Rakhi D. McNeill. Signed by Magistrate Judge Brian K. Epps on 2/7/2025. (amd) (Entered: 02/07/2025) |
| 02/07/2025 | 28 | NOTICE of Filing Statement of Clarifications Regarding Claim Sheet and the Courts Requirements due to this Cases Complexity by Doretha Nichols. (pts) (Entered: 02/07/2025) |
| 02/07/2025 | 29 | Plaintiff's MOTION Regarding Defendants' Failure to Respond by Doretha Nichols. Responses due by 2/21/2025. REFERRED to Judge Brian K. Epps. (pts) (Entered: 02/07/2025) |
| 02/07/2025 | 30 | MOTION to Produce and MOTION for an Order to Compel, by Doretha Nichols. Responses due by 2/21/2025. REFERRED to Judge Brian K. Epps. (jlh) (Entered: 02/07/2025) |
| 02/12/2025 | 31 | NOTICE of Filing by Doretha Nichols Response to Jurisdiction and Claims. (pts) (Entered: 02/12/2025) |

| 02/12/2025 | 32 | NOTICE of Filing by Doretha Nichols Response to Claim in Controversy. (pts) (Entered: 02/12/2025) |
|---|---|---|
| 02/12/2025 | 33 | Notice of Filing and AFFIDAVIT in Request of Production by Doretha Nichols. (pts) (Entered: 02/12/2025) |
| 02/12/2025 | 34 | CERTIFICATE OF SERVICE by Doretha Nichols (pts) (Entered: 02/12/2025) |
| 02/13/2025 | 35 | Minute Entry for proceedings held before Magistrate Judge Brian K. Epps: Show Cause Motions Hearing held on 2/13/2025. Plaintiff shall have until February 27, 2025 to submit evidence in support of proving the jurisdictional amount. (Court Reporter FTR.) (cjc) (Entered: 02/13/2025) |